696

## FAIRBANKS, MORSE & COMPANY v. TEXAS ELECTRIC SERVICE COMPANY.

Circuit Court of Appeals, Fifth Circuit. May 6, 1929.

Rehearing Denied June 20, 1929.

No. 5517.

Allen Wight, of Dallas, Tex., B. B. Stone and B. L. Agerton, both of Fort Worth, Tex., and Carroll J. Lord, of Chicago, Ill. (Bryan, Stone, Wade & Agerton, of Fort Worth, Tex., Ashcraft & Ashcraft, of Chicago, Ill., and Touchstone, Wight, Gormley & Price, of Dallas, Tex., on the brief), for appellant.

Joe A. Worsham and A. S. Rollins, both of Dallas, Tex. (Beall, Worsham, Rollins, Burford & Ryburn, of Dallas, Tex., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. The issues in this case are similar to those in the case of Fairbanks-Morse & Company v. Texas Power & Light Company, No. 5516 of the docket, decided this day, 32 F.(2d) 693.

On the authority of that case, the judgment appealed from is reversed, and the case remanded, with instructions to recall and set aside the preliminary injunction and for such other proceedings as may be necessary, not inconsistent with this opinion.